**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DOMINIQUE B.,

                      Plaintiff,

    -against-                                         22 **CIVIL** 7146 (GRJ)

                                                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 13, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 22) is DENIED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 26) is GRANTED; and this case is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York

      November 13, 2023

                                                              **RUBY J. KRAJICK**

                                                                 _____
                                                                     **Clerk of Court**

                                        **BY:**      *K. Mango*

                                                                       **Deputy Clerk**